UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Naseef Fernando Bryan

    v.                                    Case No. 26-cv-349-LM

NH Supreme Court Clerk's Office, et al


ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 27, 2026. For the reasons explained therein, Bryan's complaint is dismissed in its entirety.  The clerk shall enter judgment and close this case.

_____
Landya B. McCafferty
United States District Judge

Date: June 9, 2026

cc:  Naseef Fernando Bryan, pro se